**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000934
04-DEC-2014
08:32 AM**

NO. CAAP-14-0000934

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
GREGG T. BOOTH, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 13-1-0202)

ORDER GRANTING THE NOVEMBER 19, 2014 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of "Defendant-Appellant Gregg T. Booth's [(**Appellant's**)] Motion to Dismiss Appeal" (**Motion**), filed on November 19, 2014, and the record, it appears that:

(1)  Appellant moves to dismiss the appeal in No. CAAP-14-0000934.

(2) On remand from this court, the circuit court granted Appellant's motion for new trial, rendering this appeal moot.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and this appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 4, 2014.


Chief Judge


Associate Judge


Associate Judge